**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**VANESSA C. SMITH**                                                                      **PLAINTIFF**

**V.**                                    **CASE NO. 5:23-CV-5220**

**DR. JOHN KENDRICKS, Primary Care Physician;
and JOHN LATOUR, Tax Law**                                              **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 12) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.   Plaintiff requested and was granted an extension of time to file objections, but not objections were filed by her or any other party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, the Amended Complaint is **DISMISSED** for lack of jurisdiction and for failure to state a claim under 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED** on this 1st day of April, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE